UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce W. Luther, | Civil No. 04-3053 (RHK/RLE) |
| Plaintiff, | |
| vs. | ORDER |
| Scott T. Johnston, Peter Irvine, Rhonda Russell, Scott Allen, Vice President, Thomas Johnson, President, Director, Robert Allen, Director, Arden Anderson, Director, Lloyd Arbart, Director, Thomas Kotula, Director, Marvin Shipman, Director, Patrick Smith, Director, American National Bank of Minnesota, a Minnesota corporation, Georgia Nelson, Tri County Process Service, 1-99 Unnamed John Does, | |
| Defendants. | |

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** as to the Defendants Georgia Nelson and Tri County Process Service, and that the Clerk of Court is directed to enter a final Judgment in this action that conforms to the prior dismissals in this matter.

Dated: January 17, 2006

                                                                                   s/Richard H. Kyle
                                                                                   RICHARD H. KYLE
                                                                                   United States District Judge